UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GARY LaBARBERA, and THEODORE KING,

                              Plaintiff(s),          **ORDER**
                                                              CV04-1974 (LDW)(WDW)

    -against-

ROCKWALA INC.
                              Defendant(s).
----------------------------------------------------------------X

**WALL, Magistrate Judge:**

      Before the court in this closed case is the plaintiffs' motion to compel post-judgment discovery from the defendant. [#10] A default judgment was entered in December 2004, and the plaintiffs subsequently sought discovery from the defendant and its principal, Andy Wala. The defendant has failed to comply with the terms of the default judgment and has not responded to discovery demands served by the plaintiffs. The motion is granted both as unopposed and on its merits. **The defendant is ordered to comply with the discovery demands and to appear for a deposition within 30 days of the date of this order.** The plaintiffs are directed to serve a copy of this order on the defendant and to file proof of service with the court. The court awards the plaintiffs $250 in sanctions pursuant to Rule 37.

Dated:  Central Islip, New York                        **SO ORDERED:**
           September 5, 2006

                                                          /s/ William D. Wall
                                                      WILLIAM D. WALL
                                                      United States Magistrate Judge